# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR HILTON, Individually and for Others Similarly Situated | CASE NO. 3:20-CV-00757-MEM |
| v. | |
| BKV OPERATING, LLC | JUDGE MANNION |

## JOINT RULE 41 DISMISSAL WITHOUT PREJUDICE

Plaintiff Arthur Hilton, individually and for others similarly situated, Defendant BKV Operating, LLC file this Joint Rule 41 Dismissal Without Prejudice as follows:

1. Plaintiff dismisses his claims without prejudice pursuant to Rule 41(a)(1)(A)(i).

2. The dismissal of Plaintiff's claims are effective upon the filing of this notice.

3. Each party is to bear his/its own attorneys' fees and costs.

Respectfully submitted,

| **JOSEPHSON DUNLAP, LLP** | **FOX ROTHSCHILD LLP** |
|---|---|
| */s/ Taylor A. Jones*_____ | */s/ Richard L. Etter (with permission)* |
| Andrew W. Dunlap | Richard L. Etter |
| Texas Bar No. 24078444 | PA I.D. No. 92835 |
| Taylor A. Jones, pro hac vice | 500 Grant Street, Suite 2500 |
| Texas Bar No. 24107823 | Pittsburgh, PA 15219 |
| 11 Greenway Plaza, Suite 3050 | Telephone: (412) 394-5529 |
| Houston, Texas 77046 | retter@foxrothschild.com |
| 713-352-1100 – Telephone | |
| 713-352-3300 – Facsimile | Counsel for Defendant |
| adunlap@mybackwages.com | |
| tjones@mybackwages.com | |

AND

Gregory E. Fellerman
183 Market St., Suite 200
Kingston, PA 18704
570-718-1444 – Telephone
570-714-7255 – Facsimile
gef@fclawpc.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of August, 2020, the foregoing document was served upon all parties of record via this Court's CM/ECF filing system in accordance with the Federal Rules of Civil Procedure.

*/s/ Taylor A. Jones*_____
**Taylor A. Jones**