# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR HILTON, Individually and for Others Similarly Situated | CASE NO. 3:20-CV-00757-MEM |
| v. | |
| BKV OPERATING, LLC | JUDGE MANNION |

## DISMISSAL ORDER

In accordance with the Parties' Joint Dismissal Without Prejudice, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant **to** Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**SIGNED this** \_\_19th\_\_ **day of** \_\_\_August_____, **2020.**

*s/ Malachy E. Mannion*
_____
**UNITED STATES DISTRICT JUDGE**

1